UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7583-UA (KK) | Date | October 2, 2014 |
|---|---|---|---|
| Title | Lance Williams v. Deputy Kerkfoot, et al. | | |

| Present: The Honorable | Kenly Kiya Kato, United States Magistrate Judge | |
|---|---|---|
| Deb Taylor | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiff: Attorneys Present for Defendant:

None Present None Present

**Proceedings:** **(In Chambers) Order To Show Cause Why Request to Proceed Without Prepayment of Filing Fees Should Not Be Denied for Failure to Submit Trust Account Statement**

On September 30, 2014, Plaintiff Lance Williams, proceeding pro se, filed a complaint pursuant to 42 U.S.C. Section 1983. With the complaint, plaintiff filed a request to proceed without prepayment of filing fees. However, plaintiff failed to submit a certified copy of plaintiff's trust account statement for the last six months, as is required by 28 U.S.C. § 1915(a)(2) for prisoners seeking to bring a civil action without prepayment of fees.

Accordingly, the court hereby issues this ORDER TO SHOW CAUSE why plaintiff's application to proceed without prepayment of filing fees should not be denied for failure to submit a trust account statement. Plaintiff is ordered to respond to this Order to Show Cause on or before **October 16, 2014**. To respond to the Order to Show Cause, plaintiff must do one of the following:

1. Plaintiff may resubmit a Request to Proceed without Prepayment of Filing Fees with Declaration in Support that includes the certificate of an authorized officer at plaintiff's current place of confinement and attaches a certified copy of plaintiff's trust account statement for the last 6 months in accordance with 28 U.S.C. § 1915(a)(2). A copy of this form (CV-60P) is enclosed for plaintiff's convenience.

2. If for some reason plaintiff is unable to submit a certified copy of plaintiff's trust account statement, plaintiff may file a written response explaining why he is unable to do so. Such written response must show good cause for plaintiff's failure to submit a trust account statement.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-7583-UA (KK) | Date | October 2, 2014 |
|---|---|---|---|
| Title | Lance Williams v. Deputy Kerkfoot, et al. | | |

    Plaintiff is cautioned that failure to respond to this Order to Show Cause as set forth above will result in the denial of his application to proceed without prepayment of filing fees.