# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY KERKFOOT, *et al.*,<br><br>        Defendants. | Case No. CV 14-7583-GW (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, the records on file, and both the original and Final Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that (1) the Complaint is dismissed without leave to amend; and (2) this action is dismissed with prejudice.

Dated: May 15, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE