JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE WILLIAMS,<br><br>        Plaintiff,<br><br>    v.<br><br>DEPUTY KERKFOOT, *et al.*,<br><br>        Defendants. | Case No. CV 14-7583-GW (KK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed with prejudice.

DATED: May 15, 2015

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE